MCDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON (071910)
tmcmahon@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for *Creative Labs, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMDK CORP., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE LABS, INC., et al. <br><br> Defendants. | Case No. C-10-00116 MEJ <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE <br> AND <br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 31, 2010

McDERMOTT WILL & EMERY LLP

By: /s/ Terrence P. McMahon
Terrence P. McMahon
David L. Larson
Bryan K. James

Attorneys for Defendant
*Creative Labs, Inc.*

MPK 162824-1.065985.0024

DECLINATION TO PROCEED BEFORE
MAGISTRATE; REQUEST FOR REASSIGNMENT

NO. C-10-00116 MEJ