MCDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON (071910)
tmcmahon@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for Defendant and Counter-Claimant
*Creative Labs, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMDK CORP., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE LABS, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIMS | Case No. C-10-00116 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

## STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION

Plaintiff SMDK Corp. and Defendants Creative Labs, Inc., Epson America, Inc., Seiko Epson Corp., TIC Computer Inc., Thomson Inc., Audiovox Corp., Wal-Mart Stores, Inc., and Wal-Mart.com USA, LLC have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation. The parties agree to hold the ADR session by the presumptive deadline.

Dated: April 5, 2010          /s/ Bryan K. James

David M. Hill
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

ATTORNEY FOR PLAINTIFF
SMDK CORP.

Terrence P. McMahon (071910)
David L. Larson (112342)
Bryan K. James (260753)
**McDERMOTT WILL & EMERY LLP**
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone: 650.815.7400
Facsimile: 650.815.7401
Email:  tmcmahon@mwe.com
         dlarson@mwe.com
         bjames@mwe.com

ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIMANT
CREATIVE LABS, INC.

Richard de Bodo
Patrick Park
**HOGAN & HARTSON, LLP**
1999 Avenue of the Stars, 14th floor
Los Angeles, CA 90067
Telephone: 310.785.4600
Facsimile: 310.785.4601
Email: rdebodo@hhlaw.com
ppark@hhlaw.com

ATTORNEYS FOR DEFENDANTS
EPSON AMERICA, INC. AND
SEIKO EPSON CORP.

Robert D. Fish
Mei Tsang
**FISH & ASSOCIATES**
2603 Main Street, Suite 1000
Irvine, CA 92614-4271
Telephone: 949.943.8300
Facsimile: 949.943.8358
Email: rfish@fishiplaw.com
mtsang@fishiplaw.com

ATTORNEYS FOR DEFENDANT
TIC COMPUTER, INC. DBA WOLVERINE
DATA

Roland Garcia
Anthony F. Matheny
**GREENBERG TRAURIG LLP**
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: 713.374.3510
Facsimile: 713.374.3505
Email: garciar@gtlaw.com
mathenya@gtlaw.com

ATTORNEYS FOR DEFENDANT
AUDIOVOX, CORP.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS — - 3 - — CASE NO. C-10-00116 PJH

| | |
|---|---|
| 1 | |
| 2 | Jonathan R. Spivey |
|   | Michael S. Kramer |
| 3 | **FOLEY & LARDNER LLP** |
|   | 321 North Clark Street, Suite 2800 |
| 4 | Chicago, Illinois 60654 |
|   | Telephone: 312.832.4500 |
| 5 | Facsimile: 936.832.4700 |
|   | Email: jspivey@foley.com |

Laura L. Chapman
**FOLEY & LARDNER LLP**
One Maritime Plaza
Suite 600
San Francisco, CA 94111
Telephone: 415.434.4484
Facsimile: 415.434.4507
Email: lchapman@foley.com

ATTORNEYS FOR DEFENDANTS
WAL-MART STORES, INC. AND
WAL-MART.COM USA, LLC


John A. O'Malley (California Bar No. 101181)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Tel: (213) 892-9200
Fax: (213) 892-9494
Email: jomalley@fulbright.com

E. Lee Haag, Attorney-in-Charge
Richard S. Zembek
Barclay Nicholson
Daniel S. Leventhal
**FULBRIGHT & JAWORSKI L.L.P.**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:   (713) 651-5151
FAX: (713) 651-5246
Email: lhaag@fulbright.com
        rzembek@fulbright.com
        bnicholson@fulbright.com
        dleventhal@fulbright.com

ATTORNEYS FOR DEFENDANT,
THOMSON, INC.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                               - 4 -                               CASE NO. C-10-00116 PJH

**[~~PROPOSED~~] ORDER**

Pursuant to the parties Stipulation To Alternative Dispute Resolution, the above-entitled action is hereby referred to Early Neutral Evaluation.

The deadline for the parties to hold an Early Neutral Evaluation session is 90 days from the date of this order.

**IT IS SO ORDERED**.

Dated: __4/8/10_____          _____
UNITED STATES DISTRICT JUDGE



MPK 162916-1.065985.0024

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                    - 5 -                    CASE NO. C-10-00116 PJH