| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | |
|---|---|
| SMDK CORPORATION, a Delaware corporation | Case No.  10-cv-00116 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER RE DISMISSAL OF DEFENDANT AUDIOVOX CORPORATION |
| v. | |
| CREATIVE LABS, INC., a California corporation, CREATIVE TECHNOLOGY LTD., a Singapore corporation, COBY ELECTRONICS CORPORATION, a New York corporation, EPSON AMERICA, INC. , a California corporation, SEIKO EPSON CORPORATION, a Japan corporation, SEIKO CORPORATION, a Japan corporation, TIC COMPUTER, INC., D/B/A WOLVERINE DATA, a California corporation, VOSONIC TECHNOLOGY CORPORATION, a Taiwan corporation, PHISON CORPORATION, a Taiwan corporation, THOMSON, D/B/A RCA BY THOMSON, a France corporation, AUDIOVOX CORPORATION, a Delaware corporation, | |
| Defendants. | |

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT AUDIOVOX CORPORATION
Case No.  10-cv-00116 PJH

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. This action by and between SMDK CORP. and AUDIOVOX CORP., including all claims and counterclaims, shall be dismissed with prejudice; and

2. Each party to this action shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED: 4/26/10          BY: _____
                              Hon. Phyllis J. Hamilton
                              United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

1
[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT AUDIOVOX CORPORATION
Case No. 10-cv-00116 PJH