MCDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON (071910)
tmcmahon@mwe.com
DAVID L. LARSON (112342)
dlarson@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for *Creative Labs, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMDK CORP., | Case No. C-10-00116 PJH |
| Plaintiff, | |
| v. | **ADR Certification by CREATIVE LABS, INC.** |
| CREATIVE LABS, INC., et al. | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he has:

1.     Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California."*

2.     Discussed the available dispute resolution options provided by the Court and private entities; and

No. C-10-00116 PJH

1  3. Considered whether this case might benefit from any of the available dispute
2  resolution options.
3
4  Dated: April 5, 2010
5
  _____
  Russ Swerdon
  Director of Intellectual P.

7  Dated: ~~April~~ May 13, 2010     MCDERMOTT WILL & EMERY
8
  _____
  David L. Larson
9  Attorney for *Creative Labs, Inc.*
10
11  MPK 162923-1.065985.0024

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO