UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SMDK CORPORATION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVE LABS, INC., et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-0116 PJH<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC ATTENDANCE AT ENE BY DEFENDANT WALMART'S REPRESENTATIVE**<br><br>Session Date:　　June 23, 2010<br>Evaluator:　　　Daralyn Durie |

　　Before the court is defendant's request to excuse defendant Walmart's corporate representative and Associate General Counsel, Rosalyn Mitchell, from personally attending the June 23, 2010 ENE before Daralyn Durie. Good cause appearing, the request is GRANTED. Pursuant to ADR L.R. 5-10(f), Ms. Mitchell shall be available at all times to participate by telephone.

　　IT IS SO ORDERED.

June 8, 2010　　　　　　　　　　By:　　　　　　_Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge