UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| SMDK CORPORATION,<br>            Plaintiff,<br><br>   v.<br><br>CREATIVE LABS, INC., et al.,<br>            Defendants.<br>_____/ | No. C 10-0116 PJH<br><br>**ORDER GRANTING REQUEST FOR EPSON DEFENDANTS TO BE EXCUSED FROM PARTICIPATING IN THE ENE SESSION**<br><br>Session Date:     June 23, 2010<br>Evaluator:          Daralyn Durie |

   Before the court is defendant's request to excuse defendants Seiko Epson Corporation and Espon America, Inc from participating in the June 23, 2010 ENE before Daralyn Durie. Good cause appearing, the request is GRANTED.

   IT IS SO ORDERED.

June 14, 2010                    By:         *Elizabeth D. Laporte*
Dated                                                  Elizabeth D. Laporte
                                                       United States Magistrate Judge