STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff SMDK Corporation

DAVID M. HILL, ESQ. (*pro hac vice*)
Ward & Olivo
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

Attorneys for Plaintiff SMDK Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMDK CORPORATION, a Delaware corporation | Case No.  10-cv-00116 PJH |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| CREATIVE LABS, INC., a California corporation, CREATIVE TECHNOLOGY LTD., a Singapore corporation, COBY ELECTRONICS CORPORATION, a New York corporation, EPSON AMERICA, INC. , a California corporation, SEIKO EPSON CORPORATION, a Japan corporation, SEIKO CORPORATION, a Japan corporation, TIC COMPUTER, INC., D/B/A WOLVERINE DATA, a California corporation, VOSONIC TECHNOLOGY CORPORATION, a Taiwan corporation, PHISON CORPORATION, a Taiwan corporation, THOMSON, D/B/A RCA BY THOMSON, a France corporation, AUDIOVOX CORPORATION, a Delaware corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that the following counsel are no longer associated with the representation of Plaintiff SMDK Corporation and that Plaintiff hereby requests that such counsel be removed from the list of counsel to receive notice in this action.

Samuel Franklin Baxter
McKool Smith – Marshall
PO Box O
104 East Houston St., Suite 300
Marshall, TX 75670
903/923-9000
Fax:  903-923-9099
Email:  sbaxter@mckoolsmith.com


Christopher Thor Bovenkamp
McKool Smith
200 Crescent Court, #1500
Dallas, TX 75201
214-978-4940
Email:  cbovenkamp@mckoolsmith.com


Gary Scott Kitchen
McKool Smith – Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4078
Fax: 214/978-4044
Email:  gkitchen@mckoolsmith.com


Theodore Stevenson, III
McKool Smith, PC
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4000
Email:  tstevenson@mckoolsmith.com

1
**NOTICE OF CHANGE IN COUNSEL**
Case No.  10-cv-00116 PJH

1 | Dated: July 15, 2010.          Respectfully submitted,

WHITE FIELD, INC.

By:   /s/ Steven W. Ritcheson
      Steven W. Ritcheson
      Attorney for Plaintiff SMDK CORPORATION