STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff SMDK Corporation

DAVID M. HILL, ESQ. (*pro hac vice*)
Ward & Olivo
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

Attorneys for Plaintiff SMDK Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMDK CORPORATION, a Delaware corporation | Case No. 10-cv-00116 PJH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT THOMSON, INC.** |
| v. | |
| CREATIVE LABS, INC., a California corporation, CREATIVE TECHNOLOGY LTD., a Singapore corporation, COBY ELECTRONICS CORPORATION, a New York corporation, EPSON AMERICA, INC., a California corporation, SEIKO EPSON CORPORATION, a Japan corporation, SEIKO CORPORATION, a Japan corporation, TIC COMPUTER, INC., D/B/A WOLVERINE DATA, a California corporation, VOSONIC TECHNOLOGY CORPORATION, a Taiwan corporation, PHISON CORPORATION, a Taiwan corporation, THOMSON, D/B/A RCA BY THOMSON, a France corporation, AUDIOVOX CORPORATION, a Delaware corporation, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF DEFENDANT THOMSON, INC.**
Case No. 10-cv-00116 PJH

The Parties, by and through their respective counsel, stipulate as follows:

1. Pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE, SMDK Corporation's claims against THOMSON, INC. shall be dismissed with prejudice and THOMSON, INC.'s claims and counterclaims against SMDK Corporation shall be dismissed without prejudice and;

2. Each party to this action shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: November 1, 2010          WHITE FIELD, INC.


By: /s/ Steven W. Ritcheson
    STEVEN W. RITCHESON
    Attorneys for Plaintiff SMDK CORP.


DATED: November 1, 2010          FULBRIGHT & JAWORSKI


By: /s/ Richard S. Zembek
    RICHARD S. ZEMBEK
    (Texas Bar No. 00797726)
    E. LEE HAAG (Texas Bar No. 08657700)
    DANIEL S. LEVENTHAL
    (Texas Bar No. 24050923)
    FULBRIGHT & JAWORSKI L.L.P.
    Fulbright Tower
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Tel: (713) 651-5151
    Fax: (713) 651-5246
    lhaag@fulbright.com
    rzembek@fulbright.com
    dleventhal@fulbright.com
    Attorneys for Defendant THOMSON, INC.

1
**STIPULATION FOR DISMISSAL OF DEFENDANT THOMSON, INC.**
Case No. 10-cv-00116 PJH

**ATTESTATION**

The filer hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

DATED: November 1, 2010        WHITE FIELD, INC.

By: /s/ Steven W. Ritcheson
    STEVEN W. RITCHESON
    Attorneys for Plaintiff SMDK CORP.

11/5/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION FOR DISMISSAL OF DEFENDANT THOMSON, INC.**
Case No. 10-cv-00116 PJH