| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
|  | Terrence P. McMahon (071910) |
| 2 | tmcmahon@mwe.com |
|  | David L. Larson (112342) |
| 3 | dlarson@mwe.com |
|  | Bryan K. James (260753) |
| 4 | bjames@mwe.com |
|  | 275 Middlefield Rd., Suite 100 |
| 5 | Menlo Park, CA 94025 |
|  | Telephone: 650.815.7400 |
| 6 | Facsimile:  650.815.7401 |
| 7 | Attorneys for *Creative Labs, Inc*. |
| 8 | WHITE FIELD, INC. |
|  | Steven W. Ritcheson, Esq. (174062) |
| 9 | swritcheson@whitefieldinc.com |
|  | 9800 D Topanga Canyon Blvd. #326 |
| 10 | Chatsworth, California  91311 |
|  | Telephone: (818) 882-1030 |
| 11 | Facsimile: (818) 337-0383 |
| 12 | Attorneys for *SMDK Corp.* |
| 13 | FOLEY & LARDNER LLP |
|  | Laura L. Chapman (167249) |
| 14 | lchapman@foley.com |
|  | One Maritime Plaza, Suite 600 |
| 15 | San Francisco, CA 94111 |
|  | Telephone:  415.434.4484 |
| 16 | Facsimile:  415.434.4507 |
| 17 | Attorneys for *Wal-Mart Stores, Inc. and Wal-Mart.com USA* |
| 18 | FISH & ASSOCIATES |
|  | Robert D. Fish  (149711) |
| 19 | rfish@fishiplaw.com |
|  | Mei Tsang  (237959) |
| 20 | mtsang@fishiplaw.com |
|  | Ryan Dean (259320) |
| 21 | rdean@fishiplaw.com |
|  | 2603 Main Street, Suite 1000 |
| 22 | Irvine, CA 92614-4271 |
|  | Telephone:  949.943.8300 |
| 23 | Facsimile:  949.943.8358 |
| 24 | Attorneys for *TIC Computer, Inc. d/b/a Wolverine Data* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY

DM_US 27256785-2.065985.0024                          1

**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULE RE JCCS**
**CASE NO. 10-CV-00116 PJH**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMDK CORP., <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE LABS, INC., et al. <br><br> Defendants. | Case No. C-10-00116 PJH <br><br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the date by which the parties shall file their Joint Claim Construction Statement, as set forth in the Court's June 7, 2010, Case Management Order, be modified as follows:

| Event | Parties' Proposed Date |
|---|---|
| Deadline for filing Joint Claim Construction Statement | 01/10/2010 |

SO STIPULATED this 10th day of December 2010.

MCDERMOTT WILL & EMERY LLP            WHITE FIELD, INC.


By:  /s/ David L. Larson                By:  /s/ Steven W. Ritcheson
     David L. Larson                         Steven W. Ritcheson

Attorneys for *Creative Labs, Inc.*      Attorneys for *SMDK Corp.*


FOLEY & LARDNER LLP                    FISH & ASSOCIATES


By:  /s/ Laura L. Chapman               By:  /s/ Ryan Dean
     Laura L. Chapman                        Ryan Dean

Attorneys for *Wal-Mart Stores, Inc.*    Attorneys for *TIC Computer*
and *Wal-Mart.com USA, LLC*

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ David L. Larson*
David L. Larson

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

McDermott Will & Emery LLP
Attorneys At Law
Silicon Valley

DM_US 27256785-2.065985.0024

3

**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULE RE JCCS**
**CASE NO. 10-CV-00116 PJH**