DAVID M. HILL, ESQ. (*pro hac vice*)
Ward & Olivo
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

Attorneys for Plaintiff SMDK Corp.

STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #326
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@whitefieldinc.com

Attorneys for Plaintiff SMDK Corp.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMDK CORP.<br><br>        Plaintiff,<br><br>    v.<br><br>CREATIVE LABS, INC., et al.<br><br>        Defendants. | Case No. 10-cv-00116 PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TIC COMPUTER, INC. D/B/A WOLVERINE DATA** |

The Parties, by and through their respective counsel, stipulate as follows:

   1. Pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE, this

action by and between SMDK CORPORATION and TIC COMPUTER INC., D/B/A

**1**

**STIPULATION FOR DISMISSAL OF DEFENDANT TIC COMPUTER, INC. D/B/A
WOLVERINE DATA
Case No. C 10-0016 PJH**

WOLVERINE DATA, including all claims and counterclaims, shall be dismissed with prejudice; and

    2. Each party to this action shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: January 12, 2011　　　　　　　WHITE FIELD, INC.


By: /s/ Steven W. Ritcheson_____
　　STEVEN W. RITCHESON
　　Attorneys for Plaintiff SMDK Corp.


DATED: January 12, 2011　　　　　　　FISH & ASSOCIATES, PC


By: /s/ Ryan Dean_____
　　RYAN DEAN, ESQ. (SBN 259320)
　　ROBERT D. FISH (SBN 149711)
　　MEI TSANG, ESQ. (SBN 237959)
　　Fish & Associates, PC
　　2603 Main Street, Suite 1000
　　Irvine, California 92614
　　Telephone: (949) 943-8300
　　Facsimile: (949) 943-8358
　　rfish@fishiplaw.com
　　mtsang@fishiplaw.com
　　rdean@fishiplaw.com
　　Attorneys for Defendant TIC Computer, Inc.
　　d/b/a Wolverine Data

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2/22/11

**STIPULATION FOR DISMISSAL OF DEFENDANT TIC COMPUTER, INC. D/B/A WOLVERINE DATA**
**Case No. C 10-0016 PJH**

2

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                                                 */s/ Steven W. Ritcheson*

                                                                   Steven W. Ritcheson

**STIPULATION FOR DISMISSAL OF DEFENDANT TIC COMPUTER, INC. D/B/A WOLVERINE DATA**
**Case No. C 10-0016 PJH**