DAVID M. HILL, ESQ. (*pro hac vice*)
Ward & Olivo
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

Attorneys for Plaintiff SMDK Corp.

STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #326
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@whitefieldinc.com

Attorneys for Plaintiff SMDK Corp.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SMDK CORP.<br><br>    Plaintiff,<br><br>  v.<br><br>CREATIVE LABS, INC., et al.<br><br>    Defendants. | Case No. 10-cv-00116 PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS CREATIVE LABS, INC. AND CREATIVE TECHNOLOGY LTD.** |

The Parties, by and through their respective counsel, stipulate as follows:

1. Pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE, this

action by and between SMDK CORP. and CREATIVE LABS, INC., and CREATIVE

**1**

**STIPULATION FOR DISMISSAL OF DEFENDANTS CREATIVE LABS, INC. AND
CREATIVE TECHNOLOGY LTD.
Case No. C 10-0016 PJH**

1  TECHNOLOGY LTD., including all claims and counterclaims, shall be dismissed with
2  prejudice; and
3      2. Each party to this action shall bear its own costs and attorneys' fees.
4      SO STIPULATED.
5  DATED: January 12, 2011                WHITE FIELD, INC.
6
7
8                                         By: /s/ Steven W. Ritcheson
                                              STEVEN W. RITCHESON
9                                             Attorneys for Plaintiff SMDK Corp.
10
11
12  DATED: January 12, 2011                MCDERMOTT WILL & EMERY LLP
13
14                                         By: /s/ David L. Larson
                                              DAVID L. LARSON (SBN 112342)
15                                            TERRENCE P. McMAHON (SBN 071910)
                                              BRYAN K. JAMES (SBN 260753)
16                                            McDermott Will & Emery LLP
                                              275 Middlefield Rd., Suite 100
17                                            Menlo Park, California 94025
                                              Telephone: 650.815.7400
18                                            Facsimile: 650.815.7401
                                              dlarson@mwe.com
19                                            bjames@mwe.com
20                                            tmcmahon@mwe.com
                                              Attorneys for Defendants Creative Labs,
21                                            Inc. and Creative Technology Ltd.
22
23
24                                         2/22/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Phyllis J. Hamilton]*

**2**

**STIPULATION FOR DISMISSAL OF DEFENDANTS CREATIVE LABS, INC. AND CREATIVE TECHNOLOGY LTD.**
**Case No. C 10-0016 PJH**

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Steven W. Ritcheson*

Steven W. Ritcheson

**STIPULATION FOR DISMISSAL OF DEFENDANTS CREATIVE LABS, INC. AND CREATIVE TECHNOLOGY LTD.**
**Case No. C 10-0016 PJH**