DAVID M. HILL, ESQ. (*pro hac vice*)
Ward & Olivo
380 Madison Avenue
New York, New York 10017
Telephone: (212) 697-6262
Facsimile: (212) 972-5866
hilld@wardolivo.com

Attorneys for Plaintiff SMDK Corp.

STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #326
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff SMDK Corp.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SMDK CORP.<br><br>    Plaintiff,<br><br>  v.<br><br>CREATIVE LABS, INC., et al.<br><br>    Defendants. | Case No. 10-cv-00116 PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS WAL-MART STORES, INC., AND WAL-MART.COM USA LLC** |

The Parties, by and through their respective counsel, stipulate as follows:

   1. Pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE, this

action by and between SMDK CORP. ("SMDK") and WAL-MART STORES INC. and

**1**

WAL-MART.COM USA LLC, (collectively "Walmart"), including all claims and counterclaims, shall be dismissed without prejudice; and

    2. As between SMDK and Walmart, each such party shall bear its own costs and attorneys' fees.

    SO STIPULATED.

DATED: January 12, 2011                    WHITE FIELD, INC.

By: /s/ Steven W. Ritcheson
     STEVEN W. RITCHESON
     Attorneys for Plaintiff SMDK Corp.

DATED: January 12, 2011                    FOLEY & LARDNER LLP

By: /s/ Laure L. Chapman
     LAURA L. CHAPMAN (SBN 167249)
     Foley & Lardner LLP
     One Maritime Plaza, Suite 600
     San Francisco, California 94111
     Telephone: 415.434.4484
     Facsimile: 415.434.4507
     lchapman@foley.com
     Attorneys for Defendants Wal-Mart Stores,
     Inc. and Wal-Mart.com USA

2/22/11

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**STIPULATION FOR DISMISSAL OF DEFENDANTS WAL-MART STORES, INC., AND WAL-MART.COM USA LLC**
**Case No. C 10-0016 PJH**

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from the above-named counsel indicated by a "conformed" signature (/s/) within this e-filed document.

                                             */s/ Steven W. Ritcheson*

                                             Steven W. Ritcheson

**STIPULATION FOR DISMISSAL OF DEFENDANTS WAL-MART STORES, INC., AND WAL-MART.COM USA LLC**
**Case No. C 10-0016 PJH**